# Court of Appeals
# of the State of Georgia

ATLANTA, <u> January 07, 2013 </u>

*The Court of Appeals hereby passes the following order:*

**A12A2451.  DUNNOM v. THE STATE.**

This appeal from the trial court's denial of the defendant's motion to dismiss the indictment due to an alleged constitutional speedy trial violation is DISMISSED for failure to follow the interlocutory procedures of OCGA § 5-6-34 (b). *Sosniak v. State*, __ Ga. __ (Case No. S12A0799, decided 11/19/2012). See also *Stevens v. State*, __ Ga. __ (Case No. S12A1795, decided 11/27/12).



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,<u> 01/07/2013 </u>
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*